IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSCENIC, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOOGLE INC., )<br>MICROSOFT CORP., )<br>AMERICA ONLINE, INC. )<br>MAPQUEST, INC., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 11-582-LPS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Alan L. Whitehurst, Marissa R. Ducca, Adam D. Swain, and Jared W. Newton to represent Defendant MapQuest, Inc. in the above-entitled action.

                                                                       */s/ Laura D. Hatcher*
                                                                      Jeffrey L. Moyer (#3309)
                                                                      moyer@rlf.com
                                                                      Laura D. Hatcher (#5098)
                                                                      hatcher@rlf.com
                                                                      Richards, Layton & Finger
                                                                      920 N. King Street
                                                                      Wilmington, DE  19801
                                                                      (302) 651-7700

Dated: August 3, 2011                             *Attorneys for Defendants America Online, Inc.*
                                                                      *and MapQuest, Inc.*

RLF1 5206717v. 1

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED on this _____ day of _____,

2011, that counsel's motion for admission *pro hac vice* of Alan L. Whitehurst, Marissa R. Ducca,

Adam D. Swain, and Jared W. Newton to represent Defendant MapQuest, Inc. is GRANTED.

_____
Leonard P. Stark, U.S.D.J.

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and the Bar of the District of Columbia, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund Effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 8/3/2011

Alan L. Whitehurst
Alston & Bird LLP
The Atlantic Building
950 F Street NW
Washington, D.C. 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: alan.whitehurst@alston.com

Counsel for Defendant MapQuest, Inc.

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund Effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 8/2/2011

Marissa R. Ducca
Alston & Bird LLP
The Atlantic Building
950 F Street NW
Washington, D.C. 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: marissa.ducca@alston.com

Counsel for Defendant MapQuest, Inc.

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the Bar of the District of Columbia, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund Effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 8-3-2011

Adam D. Swain
Alston & Bird LLP
The Atlantic Building
950 F Street NW
Washington, D.C. 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: adam.swain@alston.com

Counsel for Defendant MapQuest, Inc.

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and the Bar of the District of Columbia, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund Effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 08/03/2011

Jared W. Newton
Alston & Bird LLP
The Atlantic Building
950 F Street NW
Washington, D.C. 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: jared.newton@alston.com

Counsel for Defendant MapQuest, Inc.