

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSCENIC, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 11-582-LPS |
| GOOGLE INC., MICROSOFT CORPORATION, AOL INC., and MAPQUEST, INC., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Transcenic, Inc. ("Transcenic") and Defendant Microsoft Corporation ("Microsoft") hereby stipulate, pursuant to Fed. R. Civ. P. 41(a) and subject to approval of the Court, that:

(i) All claims Transcenic alleged or could have alleged against Microsoft are hereby dismissed with prejudice;

(ii) All counterclaims Microsoft alleged against Transcenic are hereby dismissed without prejudice;

(iii) Transcenic and Microsoft shall each bear its own costs and attorneys' fees; and

(iv) Microsoft is terminated as a defendant.

This stipulation of dismissal is not intended as a waiver or release of any claims Transcenic has against any other party or that such parties have against Transcenic.

| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Stephen B. Brauerman | /s/ Jason J. Rawnsley |
| Richard D. Kirk (rk0922) | Frederick L. Cottrell, III (#2555) |
| Stephen B. Brauerman (sb4952) | Jason J. Rawnsley (#5379) |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| Wilmington, DE 19801 | 920 N. King Street |
| (302) 655-5000 | Wilmington, DE 19801 |
| rkirk@bayardlaw.com | (302) 651-7700 |
| sbrauerman@bayardlaw.com | Cottrell@rlf.com |
| | Rawnsley@rlf.com |
| OF COUNSEL: | |
| | OF COUNSEL: |
| Timothy P. Maloney | |
| Eric L. Broxterman | Matthew C. Bernstein |
| Christine Abuel Pompa | Amy E. Simpson |
| David A. Gosse | Cheng Ko |
| Fitch, Even, Tabin & Flannery | Patrick McKeever |
| 120 South LaSalle Street, Suite 1600 | Perkins COIE LLP |
| Chicago, Illinois 60603 | 11988 El Camino Real, Suite 200 |
| (312) 577-7000 | San Diego, CA 92130 |
| tpmalo@fitcheven.com | (858) 720-5700 |
| ebroxterman@fitcheven.com | mbernstein@perkinscoie.com |
| cpompa@fitcheven.com | asimpson@perkinscoie.com |
| dgosse@fitcheven.com | cko@perkinscoie.com |
| | pmckeever@perkinscoie.com |
| Steven C. Schroer | |
| Fitch, Even, Tabin & Flannery | Melody K. Glazer |
| 1942 Broadway, Suite 213 | PERKINS COIE LLP |
| Boulder, Colorado 80302 | 1 East Main Street, Suite 201 |
| (303) 402 -6966 | Madison, WI 53703-5118 |
| scschr@fitcheven.com | Mglazer@perkinscoie.com |
| | |
| | Victoria Q. Smith |
| | PERKINS COIE LLP |
| | 3150 Porter Drive |
| | Palo Alto, California 94304 |
| | Vsmith@perkinscoie.com |

IT IS SO ORDERED this \_\_\_\_\_ day of January, 2014.

_____
The Honorable Leonard P. Stark
United States District Judge