# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSCENIC, INC., </br></br> Plaintiff, </br></br> - vs. - </br></br> GOOGLE INC., MICROSOFT CORPORATION, AOL INC., and MAPQUEST, INC., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 11-582-LPS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Transcenic, Inc. ("Transcenic") and Defendants AOL, Inc. ("AOL") and MapQuest, Inc. ("MapQuest") hereby stipulate pursuant to Fed. R. Civ. P. 41(a):

(i) to dismiss with prejudice all claims that Transcenic asserted or could have asserted in this proceeding against AOL and MapQuest; and

(ii) to dismiss without prejudice all counterclaims that AOL and MapQuest asserted.

This stipulation of dismissal is not intended as a waiver or release of any claims Transcenic has against any other party or that such parties have against Transcenic. Transcenic, AOL and MapQuest further stipulate that each party shall bear its own costs and attorneys' fees.

The Court may enter the appurtenant Order of Dismissal.

2

Dated: June 6, 2014

| | |
|---|---|
| /s/ Stephen B. Brauerman | /s/ Jeffrey L. Moyer |
| Richard D. Kirk (rk0922) | Jeffrey L. Moyer (#3309) |
| Stephen B. Brauerman (sb4952) | Katharine C. Lester (#5629) |
| 222 Delaware Avenue, Suite 900 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19801 | 920 N. King Street |
| Tel:   (302) 655-5000 | Wilmington, DE 19801 |
| Fax:   (302) 658-6395 | (302) 651-7700 |
| rkirk@bayardlaw.com | moyer@rlf.com |
| sbrauerman@bayardlaw.com | lester@rlf.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Timothy P. Maloney | Alan Whitehurst |
| Eric L. Broxterman | Marissa Ducca |
| Christine Abuel Pompa | Quinn Emanuel Urquhart & Sullivan, LLP |
| David A. Gosse | 777 6th Street, NW |
| Fitch, Even, Tabin & Flannery | 11th Floor |
| 120 South LaSalle Street, Suite 1600 | Washington, DC 20001-3706 |
| Chicago, Illinois 60603 | (202) 538-8000 |
| Tel:   (312) 577-7000 | |
| Fax:   (312) 577-7007 | *Attorneys for Defendants AOL, Inc. and* |
| tim@fitcheven.com | *MapQuest, Inc.* |
| ebroxterman@fitcheven.com | |
| cpompa@fitcheven.com | |
| dgosse@fitcheven.com | |
| | |
| Steven C. Schroer | |
| Fitch, Even, Tabin & Flannery | |
| 1942 Broadway, Suite 213 | |
| Boulder, Colorado 80302 | |
| Tel:   (303) 402-6966 | |
| Fax:   (303) 402-6970 | |
| scschr@fitcheven.com | |
| | |
| *Attorneys for Plaintiff Transcenic Inc.* | |

2

RLF1 10360183v.1