IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSCENIC, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 11-582-LPS |
| GOOGLE, INC., | : | |
| Defendant. | : | |

## ORDER

At Wilmington this 22nd day of December, 2014, for the reasons set forth in the Memorandum Opinion issued this same date,

IT IS HEREBY ORDERED that:

1. Google's Motion for Partial Summary Judgment of Non-Infringement (D.I. 480) is DENIED.

2. Google's Motion for Summary Judgment of Invalidity (D.I. 482) is DENIED.

_____
UNITED STATES DISTRICT JUDGE