# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSCENIC, INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 11-582-LPS |
| | ) |
| - v. - | ) |
| | ) |
| GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## TRANSCENIC'S MOTION FOR SANCTIONS PURSUANT TO RULE 37 RELATING TO GOOGLE'S UNDISCLOSED PAID EXPERT WITNESSES

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Court's inherent authority to manage its docket, Plaintiff Transcenic, Inc. ("Transcenic") respectfully moves, for the reasons set forth in the opening brief filed contemporaneously herewith, for an order sanctioning defendant Google Inc. ("Google") for various discovery misconduct by (i) excluding testimony about Google's invalidity defenses related to the Mohl, OSU, and Palenque publications and systems from trial, (ii) excluding live and deposition testimony from Google's paid and improperly influenced witnesses from trial, (iii) precluding Google's validity expert, Dr. Fuchs, from relying on, or presenting, any facts beyond those specifically disclosed and relied upon in his expert reports, (iv) awarding Transcenic the fees and costs incurred in bringing this motion, and (v) any other relief the Court determines is just an equitable in light of Google's discovery violations.  Pursuant to District of Delaware Local Rule 7.1.1, the undersigned counsel hereby certifies that counsel for Transcenic engaged in numerous meet and confers with counsel for Google, but could not resolve the dispute that is the subject of this motion.

| | |
|---|---|
| January 8, 2014 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Stephen B. Brauerman* <br> Richard D. Kirk (rk0922) |
| Timothy P. Maloney <br> Eric L. Broxterman <br> Christine Abuel Pompa <br> David A. Gosse <br> FITCH, EVEN, TABIN & FLANNERY <br> 120 South LaSalle Street, Suite 1600 <br> Chicago, Illinois 60603 <br> (312) 577-7000 | Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> Sara E. Bussiere (sb5725) <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com <br> sbussiere@bayardlaw.com |
| Steven C. Schroer <br> FITCH, EVEN, TABIN & FLANNERY <br> 1942 Broadway, Suite 213 <br> Boulder, Colorado 80302 <br> (303) 402 -6966 | *Counsel for Plaintiff* |