## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSCENIC, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>           Defendant. | C.A. No. 11-00582-LPS<br><br>JURY TRIAL DEMANDED |

### **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Transcenic, Inc., and Defendant, Google Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE. Each party to bear its own fees and costs.

| | |
|---|---|
| */s/ Richard D. Kirk*<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff*<br>*Transcenic Inc.* | */s/ Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (#2555)<br>Jason J. Rawnsley (#5379)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>rawnsley@rlf.com<br><br>*Attorneys for Google Inc.* |

      IT IS SO ORDERED this _____ day of _____, 2015.

_____
Leonard P. Stark, U.S.D.J.